1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   THOMAS S. BROWN
6

7                  IN THE UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9  THOMAS S. BROWN,                    Case No.: 2:23-cv-02902-AC

10          Plaintiff,

11       v.                            STIPULATION AND ~~PROPOSED~~ ORDER
                                       FOR THE AWARD OF ATTORNEY FEES
12 MARTIN O'MALLEY,                    PURSUANT TO THE EQUAL ACCESS TO
   Commissioner of the Social Security JUSTICE ACT, 28 U.S.C. § 2412
13 Administration,

14          Defendant.

15

16       IT IS HEREBY STIPULATED by and between the parties through their undersigned

17 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees, expenses, and

18 costs in the above-entitled action in the amount of $1,264.67 under the Equal Access to Justice Act

19 (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services and

20 expenses incurred on behalf of Plaintiff by counsel in connection with this civil action.

21       Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will

22 determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue

23 v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the

24 fees are subject to any offset allowed under the United States Department of the Treasury's Offset

25 Program.  After the order for EAJA fees is entered, the government will determine whether they are

26 subject to any offset.

27       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

28 that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be

made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff.  Any payments made to Plaintiff will be delivered to JARED T. WALKER and may be made by electronic funds transfer (EFT) or by check.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: May 9, 2024				Respectfully submitted,

						/s/ *Jared Walker*
						JARED T. WALKER,
						Attorney for Plaintiff

SO STIPULATED:

						PHILLIP A. TALBERT
						United States Attorney


					By:	/s/ *Justin L. Martin*
						JUSTIIN L. MARTIN
						(*authorized by e-mail on 5/09/2024*)
						Special Assistant United States Attorney

						Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that Plaintiff is awarded $1,264.67 in fees and expenses under 28 U.S.C. § 2412(d), inclusive of all amounts claimed, subject to and in accordance with the terms of the parties' foregoing Stipulation.

Dated: May 20, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT